# Court of Appeals
# of the State of Georgia

ATLANTA, May 29, 2025

*The Court of Appeals hereby passes the following order:*

### A25I0219. AAMIR MUHAMMAD v. THE STATE.

Aamir Muhammad seeks interlocutory review of the trial court's order denying his motion to suppress. The trial court's order was filed on April 18, 2025, and the certificate of immediate review was filed on April 30, 2025. The State has filed a motion to dismiss, arguing that the certificate of immediate review was untimely. We agree.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. A timely certificate of immediate review is a jurisdictional requirement. See *Von Waldner v. Baldwin/Cheshire, Inc.*, 133 Ga. App. 23, 24 (2) (209 SE2d 715) (1974). If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until final judgment to appeal. See OCGA § 5-6-34 (b); *Duke v. State*, 306 Ga. 171, 178 (3) (a) (829 SE2d 348) (2019), citing *Turner v. Harper*, 231 Ga. 175, 175 (200 SE2d 748) (1973).

Here, the certificate of immediate review was entered 12 days after entry of the order denying the motion to suppress. Thus, the certificate of immediate review is

untimely and this Court lacks jurisdiction. Accordingly, we GRANT the State's motion to dismiss and hereby DISMISS this application.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 05/29/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*